KAROL KAY LIEN, APPELLEE, V. DENNIS LARRY LIEN, APPELLANT.
369 N.W.2d 646

Filed July 5, 1985.   No. 84-363.

James C. Cripe, for appellant.

Larry F. Fugit, for appellee.

KRIVOSHA, C.J., WHITE, HASTINGS, and CAPORALE, JJ., and MORAN, D.J.

PER CURIAM.

This appeal involves a domestic relations matter in which the appellant questions the division of property and the amount of alimony and child support awarded to the appellee.

Upon de novo review we conclude that the record fails to show an abuse of discretion with respect to any of those issues.

The judgment is therefore affirmed.

Each party shall pay his and her own costs and attorney fees in this court.

AFFIRMED.